*mch*
GAAC USAO#: 2026R00379

FILED
LODGED
ENTERED
RECEIVED

MAY 27 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

v.                                *          CRIMINAL NO. 1:26-mj-01301-EA

                                  *

RICARDO VILLAMIL-NAVA            *

                                  *

*******

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Mark J Carr, being duly sworn, deposes and states the following:

1.      I am a Deportation Officer with United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since January 25, 2026. Prior to working as a Deportation Officer, I severed two years as a Police Officer at the Easton Police Department, Easton, Maryland and 16 years as a Deputy Sheriff/Sergeant at the Queen Anne's County Sheriff's Office, Centreville, Maryland. I am authorized by law to interrogate, arrest, search, and seize aliens who are unlawfully present in the United States pursuant to Title 8, United States Code, Section 1357. Throughout my career, I have been involved in the investigation of numerous criminal cases and most recently involving the illegal reentry of aliens into the United States.

2.      I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including the defendant's criminal history record; and from reports of other enforcement officers involved in the investigation.

3.      Because I have submitted this Affidavit for the limited purpose of establishing probable cause, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause.

*mch*
GAAC USAO#: 2026R00379

4.    This Affidavit is submitted in support of a criminal complaint and arrest warrant for Ricardo VILLAMIL-NAVA ("VILLAMIL-NAVA"), charging him with reentry after removal in violation of 8 U.S.C. § 1326(a).

## PROBABLE CAUSE

5.    The defendant is a citizen and national of Mexico, and not a native, citizen or national of the United States.

6.    On January 14, 2011, the U.S. Border Patrol arrested VILLAMIL-NAVA near Laredo, Texas. VILLAMIL-NAVA entered the United States crossing the border from Mexico without inspection, admission or parole by an Immigration Official. VILLAMIL-NAVA did not have any documentation proving that he could enter or remain in the United States, and he was granted a voluntary return to Mexico.

7.    On January 12, 2017, the U.S. Border Patrol arrested VILLAMIL-NAVA near the Rio Grande Valley, Texas. During an interview, VILLAMIL-NAVA admitted to entering the United States illegally without inspection, admission or parole by an Immigration Official and he did not possess any documentation allowing him to enter or remain in the United States. VILLAMIL-NAVA was processed for an Expedited Removal. A Final Order of Removal was issued on January 13, 2017, by an Immigration Judge in McAllen, Texas. VILLAMIL-NAVA was deported and removed to Mexico on January 18, 2017.

8.    On April 13, 2026, ICE ERO Salisbury, Fugitive Operations Unit arrested VILLAMIL-NAVA in Easton, Maryland during a targeted enforcement action. Officers received an anonymous tip that a subject named "Ricardo Villamil-Nava," was a Mexican national illegally present in the United States. Officers were advised that VILLAMIL-NAVA was inside of his

*mch*
GAAC USAO#: 2026R00379

vehicle, a gray Saturn SUV with Tennessee registration "832BQRJ." Officers were advised that the vehicle was at an AutoZone store located at 815 Dover Road Easton, Maryland.

9.    After completing law enforcement and immigration enforcement records checks, officers confirmed that VILLAMIL-NAVA was an illegal alien residing within the United States. A few minutes later, officers arrived at the AutoZone and located the vehicle, along with VILLAMIL-NAVA seated in the driver's seat.

10.    Officers approached VILLAMIL-NAVA and spoke with him. During the conversation, VILLAMIL-NAVA provided his full name and stated that he was from Mexico. Officers positively identified VILLAMIL-NAVA as the individual that was the target of the enforcement action. Officers arrested VILLAMIL-NAVA and served him with an I-205 Warrant of Arrest and transported him to the ICE ERO Salisbury Office for processing without incident.

11.    An ICE law enforcement official with fingerprint analysis training subsequently compared the fingerprint impressions taken in connection with VILLAMIL-NAVA's arrest on January 12 2017, to the fingerprint impressions taken in connection with VILLAMIL-NAVA's arrest on April 13, 2026, and concluded that both sets of fingerprint impressions belonged to the same individual.

12.    Following his prior deportations, there is no record that VILLAMIL-NAVA ever obtained permission to reenter the United States from the Secretary for Homeland Security, the United States Attorney General, or any other authorized official.

## CONCLUSION

13.    Pursuant to the facts set forth above, I submit that probable cause exists for the issuance of a criminal complaint and warrant for the arrest of VILLAMIL-NAVA, an alien who previously had been removed, knowingly entered and was found in the United States without

*mch*
GAAC USAO#: 2026R00379

having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security, to reapply for admission in the United States as required by law, in violation of 8 U.S.C. § 1326(a).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Mark J Carr*

Mark J. Carr
Deportation Officer
U.S. Immigration and Customs Enforcement

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) this ___27th___ day of May, 2026.

Honorable Erin Aslan
United States Magistrate Judge